UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST (INCLUDES VACATION ALLOWANCE); PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST; NATIONAL ELECTRICAL BENEFIT FUND and LABOR MANAGEMENT COOPERATION TRUST,<br><br>    Plaintiffs,<br>v.<br><br>KAREN A. KAMERER and JOHN DOE KAMERER, wife and husband, and the marital community comprised thereof, d/b/a HEYZ ELECTRIC,<br><br>    Defendants,<br><br>US BANK, N.A.,<br><br>    Garnishee. | Cause No. MC15-5024BHS<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff Trust Funds' Application for Writ of Garnishment for property in which the defendant/judgment debtor, Karen A. Kamerer and John Doe Kamerer, d/b/a Heyz Electric, have substantial nonexempt interest and

ORDER TO ISSUE WRIT OF GARNISHMENT – 1

EKMAN THULIN, P.S.
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

1  which may be in the possession, custody, or control of the garnishee, US Bank, N.A. The
2  Court having reviewed the record in this matter, it is hereby
3       ORDERED that the Clerk of the Court shall issue the Writ of Garnishment
4  submitted by plaintiffs' counsel on June 19, 2015.
5       Dated this 22 day of June 2015.

                                                    _____
                                                    United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT – 2

EKMAN THULIN, P.S.
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221